AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ JAIME ESPINOZA AMARILLAS

DISTRICT COURT NUMBER
CR08-0324 DLJ

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DANIEL KALEBA, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year 5/7/2008

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

**FILED**
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

CR08-0324 DLJ

UNITED STATES OF AMERICA,

V.

JAIME ESPINOZA AMARILLAS,

DEFENDANT(S).

---

# INDICTMENT

8 U.S.C. §§1326(a) and (b) - Deported Alien Found in the United States

_____
A true bill.

_____ Deputy Foreman

Filed in open court this 14 day of May 2008.

_____
Clerk

Bail $ No bail, arrest warrant
5/14/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIME ESPINOZA AMARILLAS ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 08-0324 <br><br> VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1. Prior to July 24, 1993, the defendant, JAIME ESPINOZA AMARILLAS, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about July 24, 1993, the defendant, JAIME ESPINOZA AMARILLAS, was removed, excluded, and deported from the United States.

3. After July 24, 1993, the defendant, JAIME ESPINOZA AMARILLAS, knowingly and voluntarily reentered and remained in the United States.

INDICTMENT

4. On or about May 7, 2008, in the Northern District of California, the defendant, JAIME ESPINOZA AMARILLAS, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:    May 14, 2008        A TRUE BILL.

                              *Deputy* FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
                     AUSA DANIEL R. KALEBA

INDICTMENT                              2