1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant JAIME ESPINOZA AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-324 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. | ) ) | |
| JAIME ESPINOZA-AMARILLAS | ) ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for May 23, 2008, at 9:00 a.m. before the Honorable D. Lowell Jensen, be continued to June 13, 2008 at 9:00 a.m.

   The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The current status is that Mr. Espinoza-Amarillas is charged with a violation of 8 U.S.C. §1326. Mr. Espinoza-Amarillas made his initial appearance and was arraigned before Magistrate Judge Edward Chen on May 15, 2008. The government anticipates providing discovery

1  to the defense on May 21, 2008. That discovery is approximately 600 pages. The defense needs
2  adequate time to review the voluminous discovery and to determine whether additional investigation
3  is required, and the parties need adequate time to discuss the possibility of a negotiated disposition
4  of the matter. For that reason, the parties stipulate to a continuance. The failure to grant such a
5  continuance would unreasonably deny counsel for the defendant the reasonable time necessary for
6  effective preparation, taking into account the exercise of due diligence.

   The parties further stipulate that the time from May 23, 2008 to June 13, 2008 should be
   excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
   (B)(iv) for adequate preparation of counsel.


DATED: May 22, 2008                    /S/
                                       _____
                                       DANIEL KALEBA
                                       Assistant United States Attorney

DATED: May 21, 2008
                                       /S/
                                       _____
                                       COLLEEN MARTIN
                                       Assistant Federal Public Defender
                                       Counsel for Jaime Espinoza-Amarillas


I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this e-filed document.

//

//

//

STIP. TO CONTINUE/EXCLUDE TIME
*U.S. v. Espinoza-Amarillas*
CR 08-324 DLJ                          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for Friday, May 23, 2008 at 9:00 a.m. may be continued to Friday, June 13, 2008, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from May 23, 2008 to June 13, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can review discovery and begin any necessary investigation, and so that the parties can attempt to reach a settlement in this case. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: _____
HONORABLE D. LOWELL JENSEN
United States District Judge

STIP. TO CONTINUE/EXCLUDE TIME
*U.S. v. Espinoza-Amarillas*
CR 08-324 DLJ                          - 3 -