1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant JAIME ESPINOZA AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00324 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| JAIME ESPINOZA-AMARILLAS | ) ) ) | |
| Defendant. | ) | |

On May 15, 2008, defendant Jaime Espinoza-Amarillas made an initial appearance before United States Magistrate Judge Edward Chen. On that date, the Federal Public Defender's Office was appointed to represent Mr. Espinoza-Amarillas. Assistant Federal Public Defender Colleen Martin has been assigned to represent Mr. Espinoza-Amarillas and hereby enters her general appearance on his behalf. Counsel's contact information is listed above.

NOTICE OF APPEARANCE
*U.S. v. Espinoza-Amarillas*
CR 08-324 DLJ                                              - 1 -

1  DATED: May 22, 2008

2                                              /S/
                                        COLLEEN MARTIN
3                                       Assistant Federal Public Defender
                                        Counsel for Jaime Espinoza-Amarillas
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE
*U.S. v. Espinoza-Amarillas*
CR 08-324 DLJ                              - 2 -