1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant JAIME ESPINOZA AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-00324 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION FOR CONTINUANCE |
| | ) AND EXCLUSION OF TIME UNDER |
| v. | ) THE SPEEDY TRIAL ACT, 18 U.S.C. |
| | ) § 3161 ET SEQ. |
| JAIME ESPINOZA-AMARILLAS | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for June 20, 2008, at 9:00 a.m. before the Honorable D. Lowell Jensen, be continued to August 1, 2008 at 9:00 a.m.

    The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The current status is that Mr. Espinoza-Amarillas is charged with a violation of 8 U.S.C. §1326. The defense believes that Mr. Espinoza-Amarillas' father was born in the United States in 1931, and it may be that Mr. Espinoza-Amarillas is a derivative United States citizen. The

defense believes that the case requires significant investigation and gathering of documents dating back to the 1930s.  The defense has begun its investigation, but requires additional time to adequately explore these issues.  For that reason, the parties stipulate to a continuance.  The failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate that the time from June 20, 2008 to August 1, 2008 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: June 12, 2008                    /S/
                                        _____
                                        W. DOUGLAS SPRAGUE
                                        Assistant United States Attorney

DATED: June 12, 2008                    /S/
                                        _____
                                        COLLEEN MARTIN
                                        Assistant Federal Public Defender
                                        Counsel for Jaime Espinoza-Amarillas

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for Friday, June 20, 2008 at 9:00 a.m. may be continued to Friday, August 1, 2008, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from June 20, 2008 to August 1, 2008, should be

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel adequately investigate the case. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 

HONORABLE D. LOWELL JENSEN
United States District Judge

STIP. TO CONTINUE/EXCLUDE TIME
*U.S. v. Espinoza-Amarillas*
CR 08-324 DLJ                                          - 3 -