1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CASBN 250842)
   Assistant United States Attorney
5
       1301 Clay Street; Suite 340-S
6      Oakland, California 94612
       Phone: 510/637-3740
7      Fax: 510/637-3724
       E-mail: joshua.hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,      )   No. CR 08-0324DLJ
                                  )
14      Plaintiff,                )
                                  )   NOTICE OF SUBSTITUTION OF
15      v.                        )   ATTORNEY
                                  )
16 JAIME ESPINOZA AMARILLAS,      )
                                  )
17      Defendant.                )
                                  )
18

19      Please take notice that as of July 9, 2008, the Assistant United States Attorney whose

20 name, address, telephone number and e-mail address listed below is assigned to be

21 counsel for the government.

22                           JOSHUA HILL
                      Assistant United States Attorney
23                     1301 Clay Street; Suite 340S
                        Oakland, California 94612
24                        Phone: 510/637-3740
                           Fax: 510/637-3724
25                    E-mail: joshua.hill2@usdoj.gov

26      The Clerk is requested to change the docket sheet and other court records so as to

27 reflect that all orders and communications from the court will in the future be directed to

28 ////


SUBSTITUTION OF ATTORNEY

1 | AUSA Joshua Hill at the above mailing address, telephone number, facsimile number and
2 | e-mail address.
3 |
4 |
5 | DATED: July 9, 2008                Respectfully submitted,
6 |                                    JOSEPH P. RUSSONIELLO
  |                                    United States Attorney
7 |
8 |                                         /s/
  |                                    JOSHUA HILL
9 |                                    Assistant United States Attorney
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

SUBSTITUTION OF ATTORNEY