**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:   August 1, 2008**

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                        **No.** CR-08-00324-DLJ

**Defendant:** Jaime Espinoza-Amarillas [present; in custody]

**Appearances for AUSA:** Joshua Hill

**Appearances for Defendant:** Colleen Martin

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
SETTING/STAT                        -HELD

**Notes:**

**Case Continued to**    8/15/08 AT 9:00AM  for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**         for             Trial


**Excludable Delay: Category: Begins:  8/1/08         Ends: 8/15/08**