**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date:   August 15, 2008**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                              **No.** CR-08-00324-DLJ

**Defendant:** Jaime Espinoza-Amarillas [present; in custody]

**Appearances for AUSA:** Joshua Hill

**Appearances for Defendant:** Colleen Martin

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**STATUS**                          **-HELD**

**Notes:**

**Case Continued to  9/19/08 AT 9:00AM for  STATUS**

**Case Continued to:**        **for**
**Case Continued to:**        **for**
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                        **for Pretrial Conference**

**Case Continued to**       **for**              **Trial**

**Excludable Delay: Category: Begins:  8/15/08        Ends: 9/19/08**