1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   JOSHUA HILL (CSBN 250842)
    Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Email: Joshua.Hill2@usdoj.gov

8   Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR-08-324 DLJ
                                     )
13            Plaintiff,             )   STIPULATION AND [PROPOSED]
                                     )   PROTECTIVE ORDER
14        v.                         )   RE: SERGIO ESPINOZA IMMIGRATION
                                     )   FILE
15  JAMIE ESPINOZA AMARILLAS,        )
                                     )
16            Defendant.             )
                                     )
17  _____ )

18

19       1.  On May 14, 2008, the grand jury returned a one-count indictment charging defendant

20  with illegally reentering the United States, in violation of Title 8, United States Code, Section

21  1326(a).

22       2.  On August 12, 2008, defendant's counsel requested a copy of Sergio Espinoza's

23  (defendant's brother) immigration records.  The United States, in turn, requested a copy of Mr. S.

24  Espinoza's records from the United States Immigration and Customs Enforcement.  The records

25  contain personal information regarding Mr. S. Espinoza and his family members.

26       3.  Pursuant to Federal Rule of Criminal Procedure 16, the parties stipulate, and the Court

27  orders, that disclosure of Mr. S. Espinoza's immigration records be subject to the following

28  restrictions:

STIPULATION AND PROTECTIVE ORDER
[CR08-324 DLJ]

a.  Except when being actively examined for the purpose of preparing the defense of defendant Jaime Espinoza Armarillas, defense counsel Colleen Martin shall maintain copies of the records produced by the United States in a locked, safe and secure drawer, cabinet, or safe that is accessible only to Ms. Martin.

b.  Ms. Martin may possess and review the records for the limited purpose of preparing a defense on behalf of defendant Jaime Espinoza Armarillas in the above-referenced case.  Ms. Martin shall not permit the defendant to annotate or otherwise copy the records, including any personal information contained in the records.

c.  Examination of the records shall be done in a secure environment that will not expose the contents of the records to individuals other than Ms. Martin, her paralegal(s), her investigator(s), members of her legal support staff, and the defendant.

d.  If Ms. Martin determines that any additional individuals are needed to review the material, she must obtain a further order of the Court before allowing any other individual to review the material.

e.  If the material is provided in electronic format on a CD-ROM, Ms. Martin may print out the images, but no additional copies of the records may be made without further court order, including duplication of the images in any digital format.

g.  Within five court days of the judgment and sentencing hearing in this matter, all material provided to the defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States.  If defendant believes that he must maintain the material for any reason related to appeal, defendant must seek authorization from the District Court within five days of the sentencing and judgment in this matter.

h.  By signing this stipulation, defense counsel Colleen Martin has acknowledged as follows:

1) she has reviewed the Order;

2) she understand its contents;

3) she agrees that she will only use the information contained in the records for the purpose of preparing a defense on behalf of defendant Jaime Espinoza

1    Armarillas;

2    4) she will not make any copies of the records without further order of the Court;

3    and

4    5) she understands that failure to abide by this Order may result in sanctions by

5    this Court and state or federal criminal charges for possession of unauthorized

6    access devices.

7    i. A copy of this order shall be maintained with the records at all times.

8

9    STIPULATED:

10   DATED: September 10, 2008                     /s/ Colleen Martin

11   COLLEEN MARTIN, Esq.
     Attorney for Defendant Jaime Espinoza Armarillas

12

13   DATED: September 10, 2008                     /s/ Joshua Hill

14   JOSHUA HILL
     Assistant United States Attorney

15

16

17   IT IS SO ORDERED.

18   DATED: September 16, 2008

19   D. LOWELL JENSEN
     United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND PROTECTIVE ORDER
[CR08-324 DLJ]                          3