JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-324 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | REGARDING WAIVER OF TIME |
| vs. | ) | PROVISIONS 18 U.S.C. § 3161(b) |
| | ) | |
| JAIME ESPINOZA-AMARILLAS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Colleen Martin, that time under the Speedy Trial Act, 18 U.S.C. § 3161, be excluded between December 5, 2008 and January 12, 2009.  The parties last appeared before the Court on December 5, 2008 for the pre-trial conference.  The Court informed the parties that the start of trial would be continued until January 12, 2009.  The Court also raised a legal issue regarding burden of proof that may require additional briefing from the parties. Therefore, defendant's waiver of time is based on the need for continuity of counsel and

reasonable time necessary for effective preparation.

IT IS SO STIPULATED:

Dated: December 9, 2008         /s/ Colleen Martin
                                COLLEEN MARTIN
                                *Attorney for Defendant*


Dated: December 9, 2008         /s/ Joshua Hill
                                JOSHUA HILL
                                Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under the Speedy Trial Act, 18 U.S.C. § 3161(b) are waived for the period beginning December 5, 2008 and ending January 12, 2009.

Dated: December 9, 2008         _____
                                HONORABLE D. LOWELL JENSEN
                                United States District Court Judge

Stip and [Proposed] Order                    2